BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ACCELLION, INC., DATA BREACH LITIGATION | MDL No. _____ |
|---|---|

## SCHEDULE OF ACTIONS

|  | Case Caption | Court | Case Number | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:** Madalyn Brown<br>**Defendant:** Accellion, Inc. | N.D. Cal. | 5:21-cv-01155-EJD | Hon. Edward J. Davila |
| 2 | **Plaintiff:** Susan Zebelman<br>**Defendant:** Accellion, Inc. | N.D. Cal. | 5:21-cv-01203-EJD | Hon. Edward J. Davila |
| 3 | **Plaintiff:** Heather Rodriguez<br>**Defendant:** Accellion, Inc. | N.D. Cal. | 5:21-cv-01272-EJD | Hon. Edward J. Davila |
| 4 | **Plaintiff**: Jaramey Stobbe<br>**Defendant:** Accellion, Inc. | N.D. Cal. | 5:21-cv-01353-EJD | Hon. Edward J. Davila |
| 5 | **Plaintiff:** Christina Price<br>**Defendant:** Accellion, Inc. | N.D. Cal. | 5:21-cv-01430-EJD | Hon. Edward J. Davila |
| 6 | **Plaintiff:** James Jones<br>**Defendant:** The Kroger Company | S.D. Oh. | 1:21-cv-00146-TSB | Hon. Timothy S. Black |
| 7 | **Plaintiff:** Eugene Bolton<br>**Defendant:** Accellion, Inc. | N.D. Cal. | 3:21-cv-01645-EJD | Hon. Edward J. Davila |
| 8 | **Plaintiff:** Valerie Whittaker<br>**Defendant:** Accellion, Inc. | N.D. Cal. | 5:21-cv-01708-EJD | Hon. Edward J. Davila |
| 9 | **Plaintiffs:** Tina Govaert & Don Moore<br>**Defendant:** The Kroger Company | S.D. Oh. | 1:21-cv-00174-TSB | Hon. Timothy S. Black |
| 10 | **Plaintiffs:** Ricky Cochran & Alain Berrebi<br>**Defendants:** The Kroger Co., & Accellion Inc. | N.D. Cal. | 5:21-cv-01887-EJD | Hon. Edward J. Davila |

|    |                                                                                                                                  |           |                          |                          |
|----|----------------------------------------------------------------------------------------------------------------------------------|-----------|--------------------------|--------------------------|
| 11 | **Plaintiffs:** Lenora Doty, Elizabeth Shaw & Tracy Simpson<br>**Defendants:** The Kroger Company                                | S.D. Oh.  | 1:21-cv-00198-DRC        | Hon. Douglas R. Cole     |
| 12 | **Plaintiffs:** Philip Angus & Mark Wiedder<br>**Defendant:** Flagstar Bank, FSB                                                 | E.D. Mich.| 2:21-cv-10657-AJT-DRG    | Hon. Arthur J. Tarnow    |
| 13 | **Plaintiff:** Tania Garcia<br>**Defendant:** Flagstar Bank, FSB                                                                 | E.D. Mich.| 2:21-cv-10671-DPH-APP    | Hon. Denise P. Hood      |
| 14 | **Plaintiff:** Grace Beyer<br>**Defendants:** Flagstar Bancorp, Inc., d/b/a Flagstar Bank & Accellion, Inc.                      | N.D. Cal. | 5:21-cv-02239-SVK        | Hon. Susan van Keulen    |