**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ACCELLION, INC., DATA BREACH LITIGATION         MDL No. 3002

_____/

**PROOF OF SERVICE**

The undersigned, counsel for Albert Abrams, Shelly Church, Kevin Corbett, Eula Douglas, Delilah Parker, Martin Pinales, Susan Zebelman, Philip Angus, and Mark Wiedder, hereby certifies that the foregoing Response in Opposition to Plaintiff Grace Beyer's Motion for Transfer and Consolidation of Related Actions was filed electronically with the Clerk of the Court using the CM/ECF system this 21st day of April 2021 and served electronically on all counsel of record.

Dated: April 21, 2021         Respectfully,

        /S/ John A. Yanchunis
        JOHN A. YANCHUNIS
        **MORGAN & MORGAN COMPLEX LITIGATION GROUP**
        201 N. Franklin Street, 7th Floor
        Tampa, Florida 33602
        (813) 223-5505
        jyanchunis@ForThePeople.com

**SERVICE LIST**

Melanie M. Blunschi
Michael H. Rubin
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
melanie.blunschi@lw.com
michael.rubin@lw.com

Counsel for Accellion, Inc.

Eamon P. Joyce
ejoyce@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Ave.
New York, NY 10019
(212) 839-5300

Counsel for The Kroger Company

William E. Ridgway
Skadden, Arps, Slate, Meagher & Flom, LLP
155 N. Wacker Drive
Chicago, IL 60606
312-407-0449
william.ridgway@skadden.com

Counsel for Flagstar Bank, FSB