BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ACCELLION, INC. DATA BREACH | MDL No. 3002 |
|---|---|

## NOTICE OF RELATED ACTION

In accordance with Rule 7.1 (a) of the Rules of Procedure for the United States Panel on Multidistrict Litigation, the undersigned counsel for Plaintiff hereby notifies the Panel of a related action recently filed in United States District Court:

- *Aaron Sharp, et al. v. Accellion, Inc.*, Civil No. 5:21-cv-02525 (N.D. Ca.);

Attached hereto as Exhibit A is the Schedule of Actions.

Attached hereto as Exhibit B is the full Docket Sheet and copy of the Complaint.

Respectfully submitted,

Dated: April 22, 2021

*/s/Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com

*Counsel for Plaintiff Aaron Sharp*

558707.1